UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------

Emiliano Ermini

           Plaintiff,

Case No. 12-cv-6100

-against-

Viviana Vittori

           Defendant.
------------------------------------------------------

### NOTICE OF CHANGE OF ADDRESS

TO:    ATTORNEY SERVICES CLERK AND ALL OTHER PARTIES

[✓] I have cases pending    [ ] I have no cases pending

Pursuant to Local Rule 1.3 of this Court, please take notice of the following attorney information change (s) for:

**Jacob Daniel Press**
FILL IN ATTORNEY NAME

My SDNY Bar Number is: JP9866    My State Bar Number is: 4534269

I am,

[✓] An attorney
[ ] A Government Agency attorney
[ ] A Pro Hac Vice attorney

FIRM INFORMATION (Include full name of firm (OLD AND NEW), address, telephone number and fax number):

OLD FIRM:    FIRM NAME: Simpson Thacher and Bartlett LLP
                    FIRM ADDRESS: 425 Lexington Avenue New York, NY 10017-3954
                    FIRM TELEPHONE NUMBER: 1-212-455-2000
                    FIRM FAX NUMBER: 1-212-455-2502

NEW FIRM:    FIRM NAME: Wilmer Cutler Pickering Hale and Dorr LLP
                    FIRM ADDRESS: 7 World Trade Center
                    FIRM TELEPHONE NUMBER: 1-212-230-8800
                    FIRM FAX NUMBER: 1-212-230-8888

[✓] I will continue to be counsel of record on the above-entitled case at my new firm/agency.

[ ] I am no longer counsel of record on the above-entitled case. An order withdrawing my appearance was entered on _____ by Judge_____.

Dated: 12/3/12

/s/ Jacob Daniel Press
ATTORNEY'S SIGNATURE