

**Legal Aid Society of Rockland County, Inc.**

2 Congers Road
New City, New York 10956

(845) 634-3627
(845) 634-8505 F

www.legalaidrockland.org

Susan Cooper
President

Carl Wanderman
Vice President

Alexander Bursztein
Executive Director

By Fax

December 3, 2012

Honorable Laura Taylor Swain
United States District Court
Southern District of New York
500 Pearl Street
New York, N.Y. 10007

Re: Ermini v. Vittori
    No. 12 Civ. 6100(LTS)(HDP)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: **DEC 0 5 2012**

Dear Judge Swain:

At today's conference of the above-captioned matter, I mistakenly advised the Court that I am available for trial beginning February 11, 2013. After checking my calendar, which is contained in my cell phone, I realized that I will be away from February 6 through February 13, 2013.

I apologize to the Court and counsel for any inconvenience this may cause.

Very truly yours,

Jacqueline Sands

cc. By Fax
    Ellen Holtzman, Esq.
    Rocco Lamura, Esq.
    Jacob Press, Esq.

The parties and Mr Sand are directed to inform the Court and each other promptly, in writing, of their availability to commence the trial on each of the following dates:

January 28, 2013
February 26, 2013.

SO ORDERED.

NEW YORK, NY
DEC 5, 2013

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE