# Tosolini, Lamura, Rasile & Toniutti LLP

INTERNATIONAL LAW FIRM

**New York**
"The Empire State Building"
350 Fifth Avenue, 59th Floor
New York, NY 10018
Phone: +1 212 601 2829
Fax: +1 212 601 2821
Email: info@tlrlaw.com
www.tlrlaw.com

**Miami**
407 Lincoln Road, Suite 11-C
Miami Beach, FL 33139
Phone: +1 786 497 1872
Fax: +1 786 497 1873
Email: info@tlrlaw.com
www.tlrlaw.com

**Rome**
Via Misurina No. 33
00135 Rome, Italy
Phone: +39 06 976 13210
Fax: +39 06 972 53184
Email: info@tlrlaw.com
www.tlrlaw.com

**Milan**
Tosolini, Lamura, Rasile & Toniutti LLP
in association with La Russa Studio Legale
Corso di Porta Vittoria No. 18
20122 Milan, Italy
Phone: +39 02 55 12 75-0
Email: milan@tlrlaw.com
www.tlrlaw.com

**Admitted in New York**
Rocco Lamura
Gianni Toniutti
Emanuele Tosolini

**Admitted in Florida**
Claudia Moscarz
Felipee Moscarz

**Admitted in Italy**
Rocco Lamura
Marianna Lamura
Caterina Nasti
Nicola Rasile

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 12 2012

**MEMO ENDORSED**

December 11, 2012

**VIA FAX: 1 212 805 0426**

Hon. Judge

Laura Taylor Swain

United States District Judge

500 Pearl St.

New York, NY 10007

Copies ~~mailed~~/faxed to Ms Sands
Chambers of Judge Swain       12-12-2012

New York　　　Miami　　　Rome　　　Milan

# Tosolini, Lamura, Rasile & Toniutti LLP

INTERNATIONAL LAW FIRM

RE: **ERMINI vs. VITTORI - 12-cv-06100-(LTS)**

Your Honor,

We represent Mr. Emiliano Ermini in the above captioned matter. Following your request, we are available for trial on January 28, 2012.

Respectfully submitted,

Rocco Lamura, Esq.
*Attorney for Respondent*
350 Fifth Avenue, 59th Floor
New York, New York, 10018
Phone: 1 212 601 2820
Fax: 1 212 601 2821
Email: rocco.lamura@tlrtlaw.com

To:

Ellen Holtzman, Esq.

101 North Middletown Road

Nanuet, New York 10094

Email: ellenh@rocklandfamilylaw.com

Jacob Press

7 World Trade Center

250 Greenwich Street

New York        Miami        Rome        Milan

---

The final pretrial conference is rescheduled to January 22, 2013, at 3:00pm and the related deadlines are modified accordingly. Trial of the petition will commence on January 28, 2013, at 10:00AM.

SO ORDERED.

NEW YORK, NY
Dec 11, 2012
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

## Tosolini, Lamura, Rasile & Toniutti LLP

INTERNATIONAL LAW FIRM

New York, New York 10007 +1 212 205 6518 (t)

Email: jacob.press@wilmerhale.c

Jacqueline Sands, Esq.

2 Congers Road

New City, New York 10956

Email: jsands@wnyle.com

New York          Miami          Rome          Milan

INTERNATIONAL LAW FIRM