# WILMERHALE

December 12, 2012    **MEMO ENDORSED**

+1 212 230 8800 (t)
+1 212 230 8888 (f)
wilmerhale.com

<u>Via Facsimile</u>

The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: DEC 13 2012
```

Re: *Ermini v. Vittori*, Case No. 12-cv-06100 (LTS)(HJP)

Dear Judge Swain:

We represent Respondent Viviana Vittori in the above-referenced action. Pursuant to Sections 1.a. and 1.e. of your Individual Practices, we write to request modifications to our current schedule for expert disclosures and discovery. Counsel for Petitioner Emiliano Ermini consents to this request. We are not requesting any change to our trial date of January 28, 2013, and no other discovery deadlines would be affected. Our co-counsel Ellen Holtzman previously was granted two adjournments of the preliminary pre-trial conference in this matter. Our proposed modifications are as follows:

<u>Current schedule for expert disclosures and discovery</u>

- Deadline for Rule 26(a)(2) disclosures: December 21, 2012
- Deadline for completion of all expert witness discovery: January 11, 2013

<u>Proposed schedule for expert disclosures and discovery</u>

- Deadline for disclosure of names of any experts and the subject matter on which each expert is expected to testify: December 21, 2012
- Deadline for Rule 26(a)(2) disclosures: January 11, 2013
- Deadline for completion of all expert witness discovery: January 18, 2013

Thank you for your attention to this matter.

Respectfully submitted,



Jacob Press

cc: Rocco Lamura, Esq. (via email)
    Jacqueline Sands, Esq. (via email)

The requested modifications are approved.

SO ORDERED.

/s/ 12/13/12
LAURA TAYLOR SWAIN
U.S.D.J.

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing  Berlin  Boston  Brussels  Frankfurt  London  Los Angeles  New York  Oxford  Palo Alto  Waltham  Washington