

**Legal Aid Society of Rockland County, Inc.**

2 Congers Road
New City, New York 10956

(845) 634-3627
(845) 634-8505 F

www.legalaidrockland.org

Susan Cooper
President

Carl Wanderman
Vice President

Alexander Bursztein
Executive Director

By Fax

December 21, 2012

Honorable Laura Taylor Swain
United States District Court for
 the Southern District of New York
500 Pearl Street
New York, N.Y. 10007



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: DEC 21 2012

Re: Ermini v. Vittori
     Case No. 12-cv-06100(LTS)(HJP)

Dear Judge Swain:

    Please be advised that I join in Respondent's request for changes to the present discovery schedule in connection with the above-captioned matter, particularly regarding the filing of pre-trial motions. I am still considering whether to present the child Emanuele as a witness which will require a request to the Court to take his testimony in a protective manner such as on closed circuit television. In addition, there is a delay in the receipt of the childrens' certified school records from their respective school districts.

Very truly yours,

Jacqueline Sands

cc. By Email
    Jacob Press, Esq.
    Rocco Lamura, Esq.