UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EMILIANO ERMINI,<br><br>                Petitioner,<br><br>v.<br><br>VIVIANA VITTORI,<br><br>                Respondent. | ) ) ) ) ) ) ) ) ) ) ) ) ) No. 12-cv-06100 (LTS) (HJP)<br><br>**Notice of Motion** |

       PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated January 9, 2013, non-party minor child Emanuele Ermini, by his undersigned attorney, and Respondent Viviana Vittori will jointly move this Court *in limine* before Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on January 22, 2013, for an Order requiring that any trial testimony by Emanuele Ermini be taken *in camera*, on the record, and outside the presence of the parties or their respective counsel.

Dated: New York, New York
       January 9, 2013

s/ Sanket J. Bulsara
---
Sanket J. Bulsara
Jacob Press
Wilmer Cutler Pickering Hale
  and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
tel: (212) 230-8800
fax: (212) 230-8888

*Counsel for Respondent Viviana Vittori*

Jacqueline Sands
Legal Aid Society of Rockland County, Inc.
2 Congers Road
New City, New York 10956
tel: (845) 634-3627
fax: (845) 634-8505

*Counsel for Emanuele Ermini and Daniele Ermini*