**Press, Jacob**

| | |
|---|---|
| From: | Marcello Russodivito <marcellorussodivito@gmail.com> |
| Sent: | Tuesday, December 11, 2012 5:02 PM |
| To: | Press, Jacob |
| Subject: | from marcello russodivito Fwd: Emiliano |

---------- Forwarded message ----------
From: **Marcello** <marcellorussodivito@gmail.com>
Date: 2011/6/10
Subject: Re: Emiliano
To: "emiliano.ermini@alice.it" <emiliano.ermini@alice.it>

Ciao Emiliano dovrei sapere Di piu entro lunedi cercami su skype quando puoi salute Marcello

Sent from my iPhone

On Jun 9, 2011, at 4:39 AM, "emiliano.ermini@alice.it" <emiliano.ermini@alice.it> wrote:

>
> Ciao Marcello,
>
> Spero che per il 25° anniversario proceda tutto per il meglio, sono sicuro che stai facendo un grande lavoro e per questo non vorrei disturbarti,
>
> ma volevo sapere se l'avvocato aveva dato qualche riscontro.
>
> Noi attraverso la Dr.ssa Feingold abbiamo individuato anche le scuole per i bambini Emanuele andrebbe proprio a Suffern mentre per Daniele
>
> la Feingold ci ha consigliato una scuola poco distante da Suffern dove è anche andata sua figlia le uniche condizioni sono quelle di dare il certificato di
>
> nascita ed un indirizzo di residenza. Nel frattempo il mercato immobiliare in Italia è un pò fermo ma i soldi per partire ci sarebbero comunque e poi
>
> potrei vendere la casa nei 6/8 mesi successivi alla relocation!
>
> Un grande abbraccio a te e a Kerolin

Sent:       Tue 12/11/2012 5:02 PM
From:       Marcello Russodivito [marcellorussodivito@gmail.com]
To:         jacob.press@wilmerhale.com
Subject:    from marcello russodivito Fwd: Emiliano

---------- Forwarded message ----------

From: **Marcello** <marcellorussodivito@gmail.com>
Date: 2011/6/10
Subject: Re: Emiliano
To: "emiliano.ermini@alice.it" <emiliano.ermini@alice.it>

Hi Emiliano.  I should know more by Monday.  Find me on Skype when you can.  Regards, Marcello

Sent from my iPhone

On Jun 9, 2011, at 4:39 AM, "emiliano.ermini@alice.it" <emiliano.ermini@alice.it> wrote:

>
> Hi Marcello,
>
> I hope that everything is going well for the 25th anniversary, I'm sure that you are working hard, so I don't want to bother you,
>
> but I wanted to know if the lawyer had given you any feedback.
>
> Through Dr. Feingold, we have also identified schools for the children.  Emanuele would go to Suffern, but for Daniele
>
> Dr. Feingold recommended us a school a little further away from Suffern where her daughter went as well, the only conditions are giving them the birth
>
> certificate and a residential address. In the meantime, the real estate market in Italy is a little slow, but there will still be money to go and then
>
>I could sell the house in the 6-8 months after the move!
>
> A big hug to you and Kerolin


TRANSPERFECT

City of New York, State of New York, County of New York

I, Maria Gencev, hereby certify that the document entitled "Email from Marcello Fwd Emiliano" is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Maria Gencev

Sworn to before me this
Monday, December 17, 2012

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

Stamp, Notary Public

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE