**Press, Jacob**

| | |
|---|---|
| From: | Marcello Russodivito <marcellorussodivito@gmail.com> |
| Sent: | Tuesday, December 11, 2012 5:04 PM |
| To: | Press, Jacob |
| Subject: | Fwd: Emiliano |

---------- Forwarded message ----------
From: **Marcello** <marcellorussodivito@gmail.com>
Date: 2011/7/6
Subject: Re: Emiliano
To: "emiliano.ermini@alice.it" <emiliano.ermini@alice.it>


Ok fammi sapere

Sent from my iPhone

On Jul 6, 2011, at 11:57 AM, "emiliano.ermini@alice.it" <emiliano.ermini@alice.it> wrote:

>
>
> Ciao Marcello,
>
> Ho appena parlato con il fratello di Philip che mi ha detto che lui attualmente non esercita l'attività di avvocato ma
> entro questa settimana contattava un suo amico avvocato Italoamericano. Inoltre voleva parlare con due suoi dipendenti
> Italiani che hanno preso un visto con loro per verificare se ci sono altri modi per arrivare al visto. Magari potrebbero loro farmi da Sponsor
> e poi noi facciamo il nostro accordo senza dover preoccuparci del 51%.
>
> Ti tengo aggiornato e appena ho l'avvocato ti faccio chiamare.
>
> Un abbraccio
>
> Emiliano

Sent:     Tue 12/11/2012 5:04 PM
From:     Marcello Russodivito [marcellorussodivito@gmail.com]
To:       jacob.press@wilmerhale.com
Subject:  Fwd: Emiliano

---------- Forwarded message ----------

From: **Marcello** <marcellorussodivito@gmail.com>
Date: 2011/7/6
Subject: Re: Emiliano
To: "emiliano.ermini@alice.it" <emiliano.ermini@alice.it>


OK, let me know


Sent from my iPhone


On Jul 6, 2011, at 11:57 AM, "emiliano.ermini@alice.it" <emiliano.ermini@alice.it> wrote:

>
>
> Hi Marcello,

>

> I just talked to Philip's brother, who told me that he not currently working as a lawyer but
> later this week he would contact an Italian American lawyer friend of his. I also wanted to talk to his two
>Italian employees who got a visa to see if there are other ways to get the visa. Maybe they could be my Sponsor
> and then we do our agreement without having to worry about the 51%.

>

> I'll keep you updated and as soon as I have a lawyer I'll have you call.

>

> A big hug

>

> Emiliano


TRANSPERFECT

City of New York, State of New York, County of New York

I, Maria Gencev, hereby certify that the document entitled "Email Fwd Emiliano" is, to the best of my knowledge and belief, a true and accurate translation from Italian into English.

Maria Gencev

Sworn to before me this
Monday, December 17, 2012

Signature, Notary Public

RYAN ALEXANDER DROST
Notary Public - State of New York
No. 01DR6262048
Qualified in NEW YORK County
My Commission Expires MAY 21, 2016

LANGUAGE AND TECHNOLOGY SOLUTIONS FOR GLOBAL BUSINESS

THREE PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016 I T 212.689.5555 I F 212.689.1059 I WWW.TRANSPERFECT.COM
OFFICES IN 75 CITIES WORLDWIDE