# WILMERHALE

January 10, 2013

+1 212 230 8600(t)
+1 212 230 8888(f)
wilmerhale.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 1 2013

**Via Facsimile**

The Honorable Laura Taylor Swain
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, NY 10007

Re: *Ermini v. Vittori*, Case No. 12-cv-06100 (LTS) (HJP)

Dear Judge Swain:

I represent Respondent Viviana Vittori in the above-referenced action. Please accept this letter as a joint application, together with non-party minor child Emanuele Ermini through his attorney Jacqueline Sands, for an order sealing Exhibits A and B to the Declaration of Jacqueline Sands [Docket No. 30], which was filed on January 9, 2013, concurrently with the motion *in limine* of Ms. Vittori and Emanuele Ermini for a protective order requiring that any trial testimony by Emanuele Ermini be taken *in camera* [Docket Nos. 28-29]. Exhibits A and B are petitions to the Rockland County Family Court that contain confidential and sensitive personal information that is covered by the protective order in this action.

Thank you for your attention to this matter.

Respectfully submitted,

Jacob Press

cc:   Rocco Lamura, Esq. (via email)
      Jacqueline Sands, Esq. (via email)

*Handwritten order:* The request is granted. The Clerk of Court is directed to remove Exhibits A and B from public docket entry no. 30 and to file those exhibits under seal.

SO ORDERED.

NEW YORK
Jan 10, 2013

LAURA TAYLOR SWAIN
[illegible] JUDGE

Wilmer Cutler Pickering Hale and Dorr LLP, 7 World Trade Center, 250 Greenwich Street, New York, New York 10007
Beijing   Berlin   Boston   Brussels   Frankfurt   London   Los Angeles   New York   Oxford   Palo Alto   Waltham   Washington