D S T

# Tosolini, Lamura, Rasile & Toniutti LLP

INTERNATIONAL LAW FIRM

RE: **ERMINI vs. VITTORI - 12-cv-06100-(LTS)**

Your Honor,

We represent Mr. Emiliano Ermini in the above captioned matter.

Counsel for Vittori send a letter to the Court without really speaking with us in advance.

We do not object to such request for an extension.

We also request an adjournment of the pre-trial statement due for tomorrow to Wednesday, January 16, 2013.

Respectfully submitted,

*[signature]*

Rocco Lamura, Esq.
*Attorney for Respondent*
350 Fifth Avenue, 59th Floor
New York, New York, 10018
Phone: 1 212 601 2820
Fax: 1 212 601 2821
Email: rocco.lamura@bltalaw.com



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: JAN 1 5 2013

To:

Ellen Holtzman, Esq.

101 North Middeltown Road

Nanuet, New York 10994

Email: ellenh@rocklandfamilylaw.com

**New York**          **Miami**          **Rome**          **Milan**

# Tosolini, Lamura, Rasile & Toniutti LLP

INTERNATIONAL LAW FIRM

Jacob Press

7 World Trade Center

250 Greenwich Street

New York, New York 10007 +1 212 295 6518 (t)

Email: jacob.press@wilmerhale.c