UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

EMILIANO ERMINI,

        Petitioner,

   -v-                                         No. 12 Civ. 6100 (LTS)(HJP)

VIVIANA VITTORI,

        Respondent.

-----------------------------------------------------------x

### ORDER

The Court has received a letter from counsel for Petitioner indicating that the Petitioner does not agree with the Pre-trial Statement submitted by Respondent today and that Petitioner intends to file his own Pre-trial Statement  The parties must submit a single, consolidated Joint Pre-trial Statement that incorporates both parties' positions, including any objections, by **Friday, January, 18, 2013, at 12:00 p.m. noon.**

SO ORDERED.

Dated: New York, New York
         January 16, 2013

                                                              LAURA TAYLOR SWAIN
                                                              United States District Judge