UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| EMILIANO ERMINI,<br><br>                    Petitioner,<br><br>v.<br><br>VIVIANA VITTORI,<br><br>                    Respondent. | )<br>)<br>) Civil Action No. 12-cv-06100 (LTS) (HJP)<br>)<br>) **Notice of Motion**<br>)<br>)<br>)<br>)<br>)<br>) |

     PLEASE TAKE NOTICE that upon the accompanying Memorandum of Law in support of Respondent's motion *in limine*, and upon the accompanying Declaration of Jacob Press, dated January 20, 2013, and the exhibits thereto, Respondent, by her undersigned attorneys, will move this Court, before the Honorable Laura Taylor Swain, United States District Judge for the Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, NY 10007-1312, on January 22, 2013, for an order precluding Petitioner Emiliano Ermini from offering testimony and written statements of expert witnesses Dr. Nicola Antonucci, Giuseppe Devita, and Nicola Rasile and granting such other and further relief as the Court deems just and proper.

     This motion *in limine* is not amenable to informal resolution.

- 2-

Dated: New York, New York
       January 20, 2013

                                    Respectfully submitted,

                                    WILMER CUTLER PICKERING HALE
                                      AND DORR LLP

                                  /s/ *Jacob Press*
                                  Sanket J. Bulsara
                                  Jacob Press
                                  7 World Trade Center
                                  250 Greenwich Street
                                  New York, NY 10007
                                  Tel.: (212) 230-8800
                                  Fax: (212) 230-8888
                                  E-Mail: Jacob.Press@wilmerhale.com

                                  *Counsel for Respondent Viviana Vittori*