UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------x

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: JAN 2 3 2013
```

EMILIANO ERMINI,

        Petitioner,

  -v-                           No.  12 Civ. 6100 (LTS)(HJP)

VIVIANA VITTORI,

        Respondent.

------------------------------------------------------x

ORDER

        For the reasons stated on the record at the pre-trial conference on January 22,

2013, Respondent's joint motion in limine, for an order requiring that any trial testimony by

Emanuele Ermini be taken in camera, on the record, and outside the presence of the parties or

their respective counsel, is granted pursuant to the conditions explained by the Court at the

conference.  Respondent's motion in limine to preclude certain Petitioner testimony and for an

adverse inference in light of Petitioner's allegedly insufficient document production is denied for

the reasons stated by the Court, with the understanding that both parties will make every effort to

communicate with their clients and complete any outstanding document production.

        Respondent's motion in limine seeking to preclude Petitioner from offering

testimony and written statements of proposed expert witnesses Dr. Nicola Antonucci, Giuseppe

Devita and Nicola Rasile is granted in part and denied in part for the reasons stated by the Court

at this conference.  If promptly translated into English, Dr. Anotonucci's first expert report and

testimony related thereto will be admissible at trial, but his second expert report, produced to

Respondent on January 17, 2013, is precluded in its entirety, as is testimony related thereto.  Any

reports or testimony by Mr. Devita or by Mr. Rasile are precluded.  This Order resolves docket

entry numbers 28, 31 and 50.

SO ORDERED.


Dated: New York, New York
       January 23, 2013

_____
LAURA TAYLOR SWAIN
United States District Judge