UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMILIANO ERMINI,

        Petitioner,

- against -

VIVIANA VITTORI,

        Respondent.

Civil. Action No. 12-cv-6100 (LTS)

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Tamar Kaplan-Marans of Wilmer Cutler Pickering Hale and Dorr LLP, with offices located at 7 World Trade Center, 250 Greenwich Street, New York, New York, 10007, hereby appears on behalf of Respondent Viviana Vittori in the above-captioned action. I hereby certify that I am admitted to practice in this District and am a member in good standing of this Court.

Dated: New York, NY
      January 25, 2013

WILMER CUTLER PICKERING
   HALE AND DORR LLP

By:/s/ Tamar Kaplan-Marans
   Tamar Kaplan-Marans
   7 World Trade Center
   250 Greenwich Street
   New York, NY 10007
   Tel.:(212) 230-8800
   Fax: (212) 230-8888
   tamar.kaplan-marans@wilmerhale.com

*Counsel for Viviana Vittori*