UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 PEARL STREET
NEW YORK, NEW YORK 10007

LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

TEL: (212)-805-0417
FAX: (212)-805-0426

April 4, 2013

By Facsimile and Regular Mail

Ms. Stephanie Cassano
U.S. Department of State
Office of Children's Issues
2100 Pennsylvania Avenue, N.W. SA-29
Washington, D.C. 20037
Phone: 202-647-4891
Fax: 202-312-9742

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: APR 0 4 2013

Ermini v. Vittori,
No. 12 Civ. 6100 (LTS)

Dear Ms. Cassano:

   Thank you for your letter of April 1, 2013, concerning the pace of proceedings in the above matter.

   The petitioner did not make any application to expedite proceedings when the case was commenced in August 2012. After various extension and adjournment requests from the parties, the initial conference was held in early December 2012. An expedited discovery and trial preparation schedule was set at that time. The three-day trial was held in late January 2013 and the parties' post-trial submissions were completed in late February 2013. There is a pending order to the parties to show cause as to why the Court should not take judicial notice of certain provisions of Italian law. The Court will render its decision expeditiously.

Sincerely yours,

Laura Taylor Swain

cc:
Rocco Lamura, Esq.
Tosolini & Lamura LLP
350 5th Avenue, 59th Floor
New York, NY 10018
Phone: 212-601-2820
Fax: 305-675-3625

Jacob Daniel Press, Esq.
Wilmer Cutler Pickering Hale & Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Phone: 212- 230-8800
Fax: 212-230-8888

Ellen Holtzman, Esq.
Law Office of Ellen B. Holtzman
101 N. Middletown Road
Nanuet, NY 10954
Phone:914- 627-0127
Fax: 845-627-1231

Jacqueline Sands, Esq.
Legal Aid Society of Rockland County, Inc.
2 Congers Road
New City, NY 10956
Phone: 845- 634-3627
Fax: 845-634-8505