UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x

EMILIANO ERMINI,

        Petitioner,

-v-                                  No. 12 Civ. 6100 (LTS)

VIVIANA VITTORI,

        Respondent.

-------------------------------------------------------x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/10/13

## ORDER

        The Court has received a letter from Counsel for Respondent, dated April 8, 2013, regarding an April 5, 2013, order, issued by the Italian Court of Appeals in Rome, vacating several provisions of an earlier order issued by that court. A copy of the April 5, 2013, order with a certified translation is attached as Exhibit A to this letter.

        Respondent is directed to promptly file the April 8, 2013, letter and the attached exhibit on the ECF docket sheet for this case.

        SO ORDERED.

Dated: New York, New York
       April 10, 2013

                                                  LAURA TAYLOR SWAIN
                                                  United States District Judge