UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x     No. 12 Civ. 6100 (LTS)
EMILIANO ERMINI,

       Plaintiff,

                                                                 **NOTICE OF APPEAL
                                                                 IN A CIVIL CASE**

   -v-

VIVIANA VITTORI,

       Defendant.
------------------------------------------------------------x

      Notice is hereby given that Emiliano Ermini, hereby appeals to the United States Court of Appeals of the Second Circuit from the Judgment denying, without prejudice, Petitioner's Petition for the return of the minors E.E. and D.E. to Italy, entered in this action on the 22nd day of April, 2013.

Dated: May 21, 2013

                                                                   Rocco Lamura, Esq.
                                                                   Tosolini Lamura Rasile & Toniutti LLP
                                                                   *Attorney for Plaintiff*
                                                                   70 West 36th Street, Floor 12A
                                                                   New York, New York 10018
                                                                   Tel: (212) 564-5400
                                                                   E-mail: Rocco.Lamura@bltalaw.com



RECEIVED
MAY 21 2013
PRO SE OFFICE